MARGARET F. MORAN et al., Respondents, v. 217–19 WEST 28TH STREET CORPORATION, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

NETHERLAND CAB COMPANY, INC., et al., Respondents, v. JOHN McKENZIE, as Commissioner of Docks of the City of New York, et al., Appellants, and CENTRAL RAILROAD COMPANY OF NEW JERSEY et al., Defendants-Respondents. — Judgment unanimously affirmed, with costs to the plaintiffs-respondents. No opinion. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ. [See post, p. 819.]

MAX FIEHL, Respondent, v. LUSTGARTEN, SAREZIN FUR CORPORATION, Defendant, and WILLIAM LUSTGARTEN et al., Defendants-Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ. [See post, p. 809.]

In the Matter of the Arbitration between HARRY A. KAHN, Respondent, and ERNEST KAHN, Appellant, and WILLIAM KAHN, as Trustee, Respondent. — Judgment and order unanimously affirmed, with costs to the petitioner-respondent. No opinion. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ. [See post, p. 808.]

In the Matter of JUDAH HELLER, Petitioner, against HENRY E. BRUCKMAN et al., Constituting the State Liquor Authority, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ.

JOSEPH PITEO, Doing Business as PITEO'S SILVER ARROW CITY LINES, Respondent, v. BARNWELL BROTHERS, INCORPORATED, Appellant.— Determination in all respects unanimously affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Townley, Glennon, Untermyer, Cohn and Callahan, JJ. [See post, p. 820.]

In the Matter of the Accounting of UNITED STATES TRUST COMPANY OF NEW YORK, as Executor and Trustee under the Will of HARRIET P. JAMES, Deceased, Appellant-Respondent. NATIONAL BOARD OF THE YOUNG WOMEN'S CHRISTIAN ASSOCIATIONS OF THE UNITED STATES OF AMERICA et al., Appellants-Respondents; MAUD P. LARSON, Respondent-Appellant; AMELIA P. FERRY et al., Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs to all parties separately appearing and filing separate briefs herein, payable out of the estate. No opinion. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ. [180 Misc. 441.] [See post, p. 820.]

In the Matter of ANDREW KAUFOLD, Petitioner, against LEWIS J. VALENTINE, as Commissioner of Police of the City of New York, Respondent. In the Matter of DONALD E. ALLEN, Petitioner, against LEWIS J. VALENTINE, as Commissioner of Police of the City of New York, Respondent.— Determinations unanimously confirmed, each with fifty dollars costs and disbursements to the respondent. No opinion. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of DIRECTORS OF EQUITABLE FIRE AND POLICE FUND, Appellants-Respondents. UNIFORMED FIREMEN'S ASSOCIATION OF GREATER NEW YORK et al., Interveners, Appellants-Respondents.— Final order entered December 9, 1941, so far as appealed from, and the orders entered October 7, 1941, and October 17, 1941, granting separate motions for leave to intervene, unanimously affirmed, without costs. No opinion. Present — Townley, Glennon, Dore, Cohn and Callahan, JJ. [See post, p. 810.]